# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Larry Clark, et al.

                    Plaintiff,

v.                                           Case No.: 1:23−cv−01939
                                                    Honorable Franklin U. Valderrama

McDonald's Corporation

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 9, 2024:

      MINUTE entry before the Honorable Franklin U. Valderrama: Pursuant to the Notice of Voluntary Dismissal with Prejudice [56] and Federal Rule of Civil Procedure 41(a)(1)(A)(i), this action is dismissed with prejudice. All pending motions, status hearings, and status reports are moot. Civil case terminated. Emailed notice (axc).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.